IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:03CV3172 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| PHILLIP E. HANSEN; BEVERLY J. HANSEN; THE STATE OF NEBRASKA; CREDIT MANAGEMENT SERVICES, INC., | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

    Plaintiff has filed a Motion to Confirm Sale, filing 33 , and an Amended Motion to Confirm Sale, filing   34  .

    IT IS HEREBY ORDERED that any person wishing to object to confirmation of the Marshal's sale conducted herein shall, not later than December 7, 2006, file with the Clerk and serve upon the parties to this action a written objection to confirmation of sale setting forth the basis for said objection.

    IT IS FURTHER ORDERED that, in the event that no objection to confirmation of sale is filed by the date specified above, plaintiff's Motion to Confirm Sale shall be considered without hearing.

    IT IS FURTHER ORDERED that, in the event that an objection to confirmation of sale is filed by the date specified above, all issues raised by said objection will be heard before the Court at 12:00 p.m. on December 13, 2006, in Courtroom 1, Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

IT IS FURTHER ORDERED that the Clerk shall mail a copy of this Order to the following parties:

Douglas D. DeLair
1500 South 70th Street
Suite 101
Lincoln, NE 68506-1574

Phillip Edward Hansen
923 Platte Avenue
York, NE 68467

SSK Management, Inc.
2884 Yankee Hill Road
Milford, NE 68405

DATED: November 17, 2006.

BY THE COURT:

 s/ *Richard G. Kopf*
RICHARD G. KOPF
U.S. DISTRICT COURT JUDGE