IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CV3172 |
| | ) | |
| v. | ) | |
| | ) | |
| PHILLIP E. HANSEN, BEVERLY J. HANSEN, STATE OF NEBRASKA, and CREDIT MANAGEMENT SERVICES, INC., | ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED:

The motion of defendant State of Nebraska, filing 40, to withdraw Douglas D. Dexter as counsel of record and to substitute Michael J. Rumbaugh is granted.

DATED this 10th day of January, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge